**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF**
**TENNESSEE WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CR. No.2:26-cr-20039 SHL** |
| | ) | |
| **CAMERON MANUEL,** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

**MOTION TO DISMISS CRIMINAL COMPLAINT**

---

**COMES NOW,** the United States, by and through D. Michael Dunavant United States Attorney and Christopher Wright, Special Assistant United States Attorney for the Western District of Tennessee, and for good cause, moves this court to dismiss the Criminal Complaint against Cameron Manuel.

WHEREFORE**,** the United States hereby moves this Court to dismiss the charges in complaint 2:26-cr-20039 SHL

Respectfully Submitted,

D. Michael Dunavant
United States Attorney

s/ *Christopher Wright*
Christopher Wright
Special Assistant United States Attorney
167 N. Main St., Ste. 800
Memphis, TN 38103
(901) 544-4231

s/ Marques Young
Marques Young
Assistant United States Attorney
167 N. Main St., Ste. 800
Memphis, TN 38103
(901) 544-4231

## CERTIFICATE OF SERVICE

I, Christopher Wright, Special Assistant United States Attorney, do hereby certify that a copy of the foregoing Motion of the United States has been forwarded via the Court's electronic filing system to the defendant, through his attorney.

s/ *Christopher Wright*
Christopher Wright
Special Assistant United States Attorney
167 N. Main St., Ste. 800
Memphis, TN 38103
(901) 544-4231

s/ Marques Young
Marques Young
Assistant United States Attorney
167 N. Main St., Ste. 800
Memphis, TN 38103
(901) 544-4231